UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| VANESSA GAUDETTE, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. CV-16-137-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and Gaudette's application for Social Security benefits is REMANDED to the agency for further proceedings.

    Dated this 8th day of June, 2018.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ A. Puhrmann
                                    A. Puhrmann, Deputy Clerk